AUSA:    Margaret Smith                Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint     Task Force Officer:   Jacob Kresslein        Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Jimmy Cheatham

Case No.

Case: 2:25−mj−30519
Assigned To : Unassigned
Assign. Date : 8/14/2025
Description: CMP USA V.
CHEATHAM (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 18, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob Kresslein, Task Force Officer (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  August 14, 2025
_____

City and state:  Detroit, MI
_____

_____
*Judge's signature*

Hon. Kimberly G. Altman , United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jacob Kresslein, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.  I am currently assigned to the Southgate Police Department Investigative Section as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) Combined Hotel Interdiction Enforcement (CHIEF) Task Force. I have been employed as a police officer with the Southgate Police Department for seven years. As a federally deputized member of the FBI CHIEF Task Force, I have both initiated and assisted with investigations regarding narcotics trafficking, money laundering, fraud, and other offenses.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.  Based on the facts set forth in this affidavit, there is probable cause to believe that **Jimmy Jamal Cheatham** (DOB 07/21/1992) has committed a violation of Title 21, United States Code, Section 841(a), possession with intent to distribute controlled substances.

1

## Probable Cause

4.   On March 2, 2025, Southgate Police responded to an apartment building, in reference to two individuals overdosing on what they thought was cocaine. The two individuals were revived with Naloxone and transported to the hospital.  They both survived.  The drugs leftover from the scene tested positive for fentanyl.

5.   Based on the overdose investigation, law enforcement determined that the source of the fentanyl was **Jimmy Jamal Cheatham**.  In 2022, the district court in the Eastern District of Michigan sentenced **Cheatham** to 18 months' imprisonment for unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g).  **Cheatham** began his term of supervised release on June 15, 2023, with it expiring on June 14, 2026.  (No. 24-cr-20458, J. Drain).

6.   On March 18, 2025, law enforcement conducted an undercover purchase of narcotics from **Cheatham**.  Posing as a female dancer, a detective negotiated 3.5 grams of powder cocaine for $250.00 and a lap dance.  Law enforcement confirmed **Cheatham**'s identity through his phone number and a subsequent FaceTime call.

7.   **Cheatham** met with the undercover law enforcement while holding a clear plastic bag containing narcotics.  Officers arrested **Cheatham** after a short foot chase, and located over ten grams of cocaine and fentanyl, with at almost

2

50 individual-sale baggies within four larger bags of narcotics.

**Conclusion**

8.    Based on this information, there is probable cause to believe that **Jimmy Jamal Cheatham** committed the violation of Title 21, United States Code, Section 841(a), possession with intent to distribute controlled substances.

_____
TFO Jacob Kresslein
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

August 14, 2025